# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>HOTEL AIRPORT, INC.<br><br>Debtor | CASE NO: 11-06620-ESL11<br><br>Chapter 11 |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

COMES NOW, the Tourism Company of Puerto Rico. ("Tourism") through the undersigned counsel and very respectfully represents and prays:

1. That the appearing party, Tourism, is a party in interest in the instant case which is being represented by the subscribing counsel.

2. That in light of the appearance made herein, Tourism respectfully requests that its attorney's address be added to the master address list so that he may be notified of all the papers and notices filed in the captioned case.

**WHEREFORE**, the appearing creditor respectfully moves the Court to take notice of the matters herein stated, and add the subscribing attorney to the master address list of the captioned case, and for such other relief as this Court deems just and proper under the circumstances.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on August 18th, 2011.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to all creditors and parties in interest in the captioned case.

**JEAN PHILIP GAUTHIER LAW OFFICE**
Counsel for the Tourism Company.
1311 Ponce de Leon Avenue, Suite 601
San Juan, Puerto Rico 00907
P.O. Box 8121, SJ, Puerto Rico 00910
Tel: (787) 725-6625 Fax: (787) 725-6624
Jpgauthier@spiderlink.net

By: s/Jean Philip Gauthier
Jean Philip Gauthier Iñesta, Esq.
USDC-PR No. 211407