UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

**Debtor**: HOTEL AIRPORT INC
**Case Number**: 11-06620-ESL11      **Chapter**: 11
**Date / Time / Room**: 9/27/2011 10:30 AM osjcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: LILLIAN MORALES
**Reporter / ECR**: JOSE ROMO

## Matter:

Status Conference 11    *fee report; LRC #35*

## Appearances:

Counsel for UST: *N. Pujols, J. Cagut,*
EDGARDO MUNOZ ✓   *R. Collazo, Porta Auth of P.R.*
*Fr. Valderrabano, FDIC*

## Proceedings:

ORDER:

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. ___

___ The motion to dismiss is hereby granted for the reasons stated in open court. The Court requests a transcript to constitute its findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

___ The parties are granted ___ days to file a settlement agreement.

___ The hearing is continued to: ___

___ Other: *364, meeting clerk (#25) Disclosure Statement and Plan to be filed on or before 11.30.2011*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge