UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

HOTEL AIRPORT INC.
**Debtor**

CASE NO. 11-06620 ESL

CHAPTER 11

## NOTICE OF APPERANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**TO THE HONORABLE COURT:**

**COMES NOW** Alejandro A. Suárez Cabrera, Esq., and pursuant to Fed. R. of Bankr. P. 9010(b), hereby enters his appearance on behalf the State Insurance Fund Corporation for all matters and proceedings in this case and requests that all pleadings, orders, notices and documents filed and entered in this case be served upon the undersigned attorney, to his hereunder indicated address.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on this same date, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will transmit the same to the Debtor through counsel, Mr. Edgardo Muñoz, Esq., and all CM/ECF participants.

In San Juan, Puerto Rico this October 4, 2011.

RESPECTFULLY SUBMITTED.

/s/ Alejandro A. Suárez Cabrera
Alejandro A. Suárez Cabrera
USDC-PR No. 204203
PO Box 365028
San Juan, PR, 00936-5028
Tel. (787) 793-5959 Ext. 5693/5515
Fax: (787) 774-8465
Email: Alejandro.Suarez@cfse.gov.pr
aasuarezcabrera@yahoo.com