IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 11-06620 ESL |
| | Chapter 11 |
| HOTEL AIRPORT INC | |
| XXX-XX-2240 | |
| | FILED & ENTERED ON 03/21/2013 |
| Debtor(s) | |

## ORDER CONFIRMING PLAN

The Plan of Reorganization under Chapter 11 of the Bankruptcy Code filed by debtor on 11/09/2012 (docket #190), having been transmitted to creditors and equity security holders; and

It having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. Section 1129(a) have been satisfied;

IT IS ORDERED THAT:

The plan filed by debtor dated 11/09/2012 (docket #190) is hereby confirmed.

The debtor shall give notice of this order and the confirmed plan to all parties in interest.

In San Juan, Puerto Rico, this 21 day of March, 2013.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR(S)
EDGARDO MUNOZ
UST