IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

IN RE:

**HOTEL AIRPORT INC**

**66−0622240**

Debtor(s)

Case No. **11−06620 ESL**

Chapter **11**

FILED & ENTERED ON 1/7/14

*ORDER*

The motion filed by debtor requesting the reopening of the case, docket entry #287, is hereby granted.

SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, January 7, 2014 .

*Enrique S. Lamoutte*
United States Bankruptcy Court