IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HOTEL AIRPORT INC

XXX-XX2240

Debtor(s)

CASE NO. 11-06620 ESL

Chapter 11

**FILED & ENTERED ON 01/07/2014**

### ORDER

The motion filed by BEST WESTERN INTERNATIONAL, INC. in opposition to the motion to reopen case (docket #289) is hereby denied without prejudice to raising whatever defenses Best Western may deem appropriate to the complaint to be file by the debtor.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 07 day of January, 2014.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

C:   DEBTOR(S)
     EDGARDO  MUNOZ
     SOLYMAR CASTILLO MORALES
     OTHER CM/ECF PARTICIPANTS