# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____
## _____ DIVISION

| | |
|---|---|
| IN RE: } | CASE NUMBER: |
| } | 11-06620 ESL |
| **HOTEL AIRPORT INC.** } | |
| } | JUDGE LAMOUTTE |
| } | |
| **DEBTOR.** } | CHAPTER 11 |

### DEBTOR'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM**    1-Apr-14    **TO**    30-Jun-14

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 7/29/2014

EDGARDO MUÑOZ
USDC NO. 125713
_____
Attorney for Debtor

Attorney's Address
and Phone Number:

EDGARDO MUÑOZ, PSC
attorney for debtor
PO Box 360971
San Juan, PR 00936-0971
Tel. (787) 753-3888
Fax (787) 524-3888

emunoz@emunoz.net
Bar No. USDC NO. 125713

Debtor's Address
and Phone Number:
Luis Munoz Marin International Airpo
Carolina, Puerto Rico

Tel. _____ 787-791-1700

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:  http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**                      **ATTACHMENT NO. 1**
**POST CONFIRMATION**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? Yes- as of **June 30, 2014** no class two, three and four balances were outstanding. All were fully paid. Class one, First bank monthly loan payments, were made on a timely basis as per operating account disbursement details. | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | | |
|---|---|---|---|---|---|
| TYPE of POLICY | and | CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| FULCRO INSURANCE- LIABILITY | | | FEB 2014- JAN 2015 | MONTHLY $3,061.52 | N/A |
| FULCRO INSURANCE- PROPERTY | | | JULY 2013- JUNE 2014 | PAID | N/A |
| FULCRO INSURANCE- PROPERTY | | | JULY 2014- JUNE 2015 | MONTHLY $3,705.36 | N/A |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

This case was reopened to litigate a discharge violation.
Adv. Proc. 13-0259 was filed and is still pending.

**Estimated Date of Filing the Application for Final Decree: See above.**

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __29__ day of __July__ 20__14__.

_____
Debtor's Signature

**MONTHLY OPERATING REPORT -**                                                                      **ATTACHMENT NO. 2**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**Case Name:** HOTEL AIRPORT INC

**Case Number:** 11-06620 ESL

**Date of Plan Confirmation:** March 21, 2013

All items must be answered. Any which do not apply should be answered "none" or "N/A".

|     |                                                  | Quarterly      | Post Confirmation Total |
| --- | ------------------------------------------------ | -------------- | ----------------------- |
| 1.  | **CASH (Beginning of Period)**                   | $ 587,208.13   | $ 269,226.41            |
| 2.  | **INCOME or RECEIPTS during the Period**         | $ 941,541.70   | $ 2,208,423.57          |
| 3.  | **DISBURSEMENTS**                                |                |                         |
|     | a. **Operating Expenses (Fees/Taxes):**          |                |                         |
|     |    (i) U.S. Trustee Quarterly Fees | $ -           | $ -                     |
|     |    (ii) Federal Taxes             | 33,462.25      | 65,661.65               |
|     |    (iii) State Taxes              | 111,839.98     | 221,660.03              |
|     |    (iv) Other Taxes               | 12,956.72      | 16,908.86               |
|     |                                                  |                | -                       |
|     | b. **All Other Operating Expenses:**             | $ 779,448.20   | $ 1,415,128.42          |
|     | c. **Plan Payments:**                            |                |                         |
|     |    (i) Administrative Claims      | $ -            | $ -                     |
|     |    (ii) Class One                 | 127,405.99     | 254,048.85              |
|     |    (iii) Class Two                | -              | -                       |
|     |    (iv) Class Three               |                | 40,605.48               |
|     |    (v) Class Four                 | -              | -                       |
|     | (Attach additional pages as needed)              |                |                         |
|     | **Total Disbursements (Operating & Plan)**       | $ 1,065,113.14 | $ 2,014,013.29          |
| 1.  | **CASH (End of Period)**                         | $ 463,636.69   | $ 463,636.69            |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

April 30, 2014

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | First Bank | First Bank | First Bank | |
| **Account Number:** | 1305004602 | 1305004591 | 1305004613 | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Payroll | Taxes | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | 664,611.60 | 3,205.47 | 18,022.54 | |
| 2. **ADD**: Deposits not credited | 16,957.93 | - | 0 | |
| 3. **SUBTRACT**: Outstanding Checks | 51,324.99 | 4,688.27 | 9,827.90 | |
| 4. Other Reconciling Items | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 630,244.54 | (1,482.80) | 8,194.64 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

Prepare Reconcilation for each Month of the Quarter

May 31, 2014

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | First Bank | First Bank | First Bank | |
| **Account Number:** | 1305004602 | 1305004591 | 1305004613 | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Payroll | Taxes | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | 488,258.82 | 26,493.38 | 28,881.28 | |
| 2. **ADD**: Deposits not credited | 21,863.24 | - | - | |
| 3. **SUBTRACT**: Outstanding Checks | 83,317.25 | 27,976.18 | - | |
| 4. Other Reconciling Items | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 426,804.81 | (1,482.80) | 28,881.28 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS

Prepare Reconcilation for each Month of the Quarter

June 30, 2014

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| **Name of Bank:** | First Bank | First Bank | First Bank | |
| **Account Number:** | 1305004602 | 1305004591 | 1305004613 | |
| **Purpose of Account (Operating/Payroll/Tax)** | Operating | Payroll | Taxes | |
| **Type of Account (e.g. checking)** | Checking | Checking | Checking | |
| | | | | |
| 1. **Balance per Bank Statement** | 480,152.21 | 862.77 | 6,735.67 | |
| 2. **ADD**: Deposits not credited | 37,473.53 | - | - | |
| 3. **SUBTRACT**: Outstanding Checks | 58,619.42 | 2,968.07 | - | |
| 4. Other Reconciling Items | - | | | |
| 5. **Month End Balance** (Must Agree with Books) | 459,006.32 | (2,105.30) | 6,735.67 | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

Case:11-06620-ESL11 Doc#:330 Filed:07/29/14 Entered:07/29/14 15:05:17 Desc: Main
Document Page 7 of 13

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | First Bank |
|---|---|
| Account Number | 1305004602 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| debit | 4/1/2014 | NABANCO | Operating expense | $ 82.74 |
| debit | 4/1/2014 | NABANCO | Operating expense | $ 5,533.15 |
| debit | 4/1/2014 | NABANCO | Operating expense | $ 2,413.56 |
| 16326 | 4/1/2014 | R&R Food Design Inc. - Cash Disbursement R&RFOO | Operating expense | $ 165.00 |
| 16327 | 4/1/2014 | JMV Rental - Cash Disbursement JMVREN | Operating expense | $ 72.00 |
| debit | 4/2/2014 | AMEX | Personal | $ 10,000.00 |
| debit | 4/2/2014 | FIRST BANK PAYMENT | First Bank Loan Payment | $ 42,842.59 |
| debit | 4/2/2014 | AMEX | Operating expense | $ 5.05 |
| 16328 | 4/2/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 8,250.00 |
| 16329 | 4/2/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 1,650.00 |
| 16330 | 4/2/2014 | International Air Leases - Cash Disbursement INTAIR | Related party disbursement | $ 11,843.53 |
| 16331 | 4/2/2014 | Anthony Tirri - Cash Disbursement ANTTIR | Personal | $ 5,000.00 |
| 16332 | 4/2/2014 | Autoridad de los Puertos - Cash Disbursement AUTPUE | Operating expense | $ 29,916.67 |
| 16333 | 4/2/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 1,057.66 |
| 16334 | 4/2/2014 | Kin Cuc Corporation - Cash Disbursement KINCUC | Operating expense | $ 2,457.47 |
| debit | 4/3/2014 | DISCOVER | Operating expense | $ 91.64 |
| debit | 4/3/2014 | AMEX | Operating expense | $ 0.53 |
| 16335 | 4/3/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 2,251.14 |
| 16336 | 4/3/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 2,755.16 |
| debit | 4/4/2014 | NABANCO | Operating expense | $ 158.01 |
| debit | 4/4/2014 | AMEX | Operating expense | $ 4.17 |
| 16337 | 4/4/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 60.00 |
| 16338 | 4/4/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 71.82 |
| 16339 | 4/4/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 75.60 |
| debit | 4/7/2014 | AMEX | Operating expense | $ 15.00 |
| 16340 | 4/7/2014 | F.O.M - Cash Disbursement F.O.M | Related party disbursement | $ 10,983.58 |
| 16341 | 4/8/2014 | F.O.M - Cash Disbursement F.O.M | Related party disbursement | $ 10,000.00 |
| 16342 | 4/8/2014 | Heriberto Berrios - Cash Disbursement HERBER | Operating expense | $ 140.00 |
| 16343 | 4/8/2014 | Heriberto Berrios - Cash Disbursement HERBER | Operating expense | $ 315.00 |
| debit | 4/9/2014 | JP MORGAN | Personal | $ 5,000.00 |
| 16344 | 4/9/2014 | Aerostar Airport Holdings LLC - Cash Disbursement AEROST | Operating expense | $ 2,080.00 |
| 16345 | 4/9/2014 | Quality Water Service - Cash Disbursement QUALWA | Operating expense | $ 40.00 |
| 16346 | 4/9/2014 | IPFS Corporation - Cash Disbursement IPFSCO | Operating expense | $ 3,061.52 |
| debit | 4/10/2014 | NABANCO | Operating expense | $ 77.92 |
| debit | 4/11/2014 | FIRST BANK | Operating expense | $ 1.58 |
| debit | 4/11/2014 | FIRST BANK | Operating expense | $ 157.83 |
| debit | 4/11/2014 | AA FEES | Operating expense | $ 169.44 |
| debit | 4/11/2014 | FIRST BANK | Operating expense | $ 9.47 |
| 16347 | 4/11/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 100.80 |
| 16348 | 4/11/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 60.00 |
| 16349 | 4/11/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 37.24 |
| 16351 | 4/11/2014 | Ilia Reyes - Cash Disbursement ILIREY | Operating expense | $ 222.10 |
| 16352 | 4/11/2014 | Yolanda Olivieri - Cash Disbursement YOLAND | Operating expense | $ 222.10 |
| debit | 4/14/2014 | NABANCO | Operating expense | $ 61.04 |
| debit | 4/14/2014 | NABANCO | Operating expense | $ 63.22 |
| 16353 | 4/14/2014 | Tropigas de Puerto Rico, Inc. - Cash Disbursement TROPIG | Operating expense | $ 2,958.39 |
| 16354 | 4/14/2014 | AFLAC - Cash Disbursement AFLAC | Operating expense | $ 171.00 |
| 16355 | 4/14/2014 | Schindler Elevator Corp. - Cash Disbursement SCHIND | Operating expense | $ 329.49 |
| 16356 | 4/14/2014 | D'Erik Exterminating Service - Cash Disbursement DERICK | Operating expense | $ 450.00 |
| 16357 | 4/14/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 12,865.05 |
| 16358 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 84.29 |
| 16359 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 54.00 |
| 16360 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 192.18 |
| 16361 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 353.91 |
| 16362 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 173.19 |
| 16363 | 4/14/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 297.79 |
| 16364 | 4/14/2014 | Swirl Corp / DBA Goldenwhipp - Cash Disbursement GOLDEN | Operating expense | $ 815.40 |
| 16365 | 4/14/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 342.45 |
| 16366 | 4/14/2014 | Business Tele-Communications, - Cash Disbursement BTC | Operating expense | $ 687.50 |
| 16367 | 4/14/2014 | Xerox Corporation - Cash Disbursement XEROX | Operating expense | $ 664.23 |
| 16368 | 4/15/2014 | R&R Food Design Inc. - Cash Disbursement R&RFOO | Operating expense | $ 266.25 |
| 16369 | 4/15/2014 | JMV Rental - Cash Disbursement JMVREN | Operating expense | $ 75.00 |
| 16370 | 4/15/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 576.00 |
| 16371 | 4/15/2014 | Expedia Inc. - Cash Disbursement EXPEDI | Operating expense | $ 220.00 |
| 16372 | 4/15/2014 | Francisco J. Garrido - Cash Disbursement FRAGAR | Operating expense | $ 2,250.00 |
| 16373 | 4/16/2014 | Antilles Carpet - Cash Disbursement ANCARP | Operating expense | $ 2,712.34 |
| 16374 | 4/16/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 852.66 |
| 16375 | 4/17/2014 | Yolanda Olivieri - Cash Disbursement YOLAND | Operating expense | $ 85.63 |
| debit | 4/18/2014 | NABANCO | Operating expense | $ 47.80 |
| debit | 4/18/2014 | AMEX | Operating expense | $ 152.59 |
| 16376 | 4/21/2014 | Document Company - Cash Disbursement DOCCO | Operating expense | $ 280.00 |
| 16377 | 4/21/2014 | Gobierno Municipal Autonomo - Cash Disbursement GOBMUN | Operating expense | $ 1,575.40 |
| 16378 | 4/21/2014 | Caribbean Hotel Supplies, Inc. - Cash Disbursement CARHOT | Operating expense | $ 732.00 |
| 16379 | 4/21/2014 | J & M Depot, Inc. - Cash Disbursement J&M | Operating expense | $ 657.24 |
| debit | 4/22/2014 | FIRST BANK | Operating expense | $ 4.00 |
| debit | 4/22/2014 | NABANCO | Operating expense | $ 164.58 |

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**                                                                                                      ATTACHMENT NO. 4

| | | | | |
|---|---|---|---|---|
| debit | 4/22/2014 | NABANCO | Operating expense | $ 201.64 |
| debit | 4/22/2014 | NABANCO CHARGEBACK | Operating expense | $ 163.50 |
| 16380 | 4/22/2014 | PR TOURISM COMPANY - Cash Disbursement PRTOUR | Operating expense | $ 1,640.00 |
| 16381 | 4/22/2014 | SAM'S CLUB - Cash Disbursement SAMS | Operating expense | $ 399.56 |
| debit | 4/23/2014 | NABANCO | Operating expense | $ 152.59 |
| debit | 4/23/2014 | AMEX | Operating expense | $ 2.03 |
| 16382 | 4/23/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 837.42 |
| 16383 | 4/23/2014 | J & M Depot, Inc. - Cash Disbursement J&M | Operating expense | $ 1,133.33 |
| 16384 | 4/23/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 1,672.25 |
| 16385 | 4/23/2014 | Antilles Power Depot, Inc - Cash Disbursement ANTIPO | Operating expense | $ 697.85 |
| debit | 4/25/2014 | DLX BUSINESS CKS | Operating expense | $ 312.20 |
| debit | 4/25/2014 | JP MORGAN | Personal | $ 5,000.00 |
| 16386 | 4/25/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 100.00 |
| 16387 | 4/25/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 127.68 |
| 16388 | 4/25/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 176.40 |
| 16389 | 4/28/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 404.90 |
| 16390 | 4/28/2014 | Gasco Industrial - Cash Disbursement GASIND | Operating expense | $ 247.64 |
| 16391 | 4/28/2014 | Johnson Control of PR Inc. - Cash Disbursement JOHCON | Operating expense | $ 300.00 |
| debit | 4/29/2014 | NABANCO | Operating expense | $ 152.59 |
| debit | 4/30/2014 | AMEX | Operating expense | $ 103.13 |
| 16392 | 4/30/2014 | Fernando Flores - Cash Disbursement FERNAN | Operating expense | $ 29.93 |
| 16393 | 4/30/2014 | Mr.Ink of Puerto Rico - Cash Disbursement MR.INK | Operating expense | $ 139.80 |
| debit | 5/1/2014 | NABANCO | Operating expense | $ 62.98 |
| debit | 5/1/2014 | NABANCO | Operating expense | $ 3,749.97 |
| debit | 5/1/2014 | FIRST BANK PAYMENT | First Bank Loan Payment | $ 41,941.67 |
| 16394 | 5/1/2014 | Antilles Power Depot, Inc - Cash Disbursement ANTIPO | Operating expense | $ 750.00 |
| 16395 | 5/1/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 8,250.00 |
| 16396 | 5/1/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 1,650.00 |
| 16397 | 5/1/2014 | International Air Leases - Cash Disbursement INTAIR | Related party disbursement | $ 11,843.53 |
| 16398 | 5/1/2014 | Anthony Tirri - Cash Disbursement ANTTIR | Personal | $ 5,000.00 |
| 16399 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 2,147.62 |
| 16400 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 1,213.12 |
| 16401 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 15.69 |
| 16402 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 63.78 |
| 16403 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 109.08 |
| 16404 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 76.17 |
| 16405 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 18.18 |
| 16406 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 75.26 |
| 16407 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 170.55 |
| 16408 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 145.83 |
| 16409 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 807.14 |
| 16410 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 86.41 |
| 16411 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 526.44 |
| 16412 | 5/1/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 275.52 |
| debit | 5/2/2014 | NABANCO | Operating expense | $ 158.04 |
| debit | 5/2/2014 | NABANCO | Operating expense | $ 497.42 |
| debit | 5/2/2014 | NABANCO | Operating expense | $ 1,458.09 |
| debit | 5/2/2014 | AMEX | Personal | $ 10,000.00 |
| 16413 | 5/2/2014 | Swirl Corp / DBA Goldenwhipp - Cash Disbursement GOLDEN | Operating expense | $ 907.50 |
| 16414 | 5/2/2014 | Latimer, Biaggi, Rachid - Cash Disbursement LATBAG | Operating expense | $ 3,000.00 |
| 16415 | 5/2/2014 | JC Uniforms - Cash Disbursement JCUNIF | Operating expense | $ 1,000.00 |
| debit | 5/5/2014 | XEROX | Operating expense | $ 516.32 |
| debit | 5/5/2014 | DISCOVER | Operating expense | $ 43.99 |
| 16416 | 5/5/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 141.11 |
| 16417 | 5/5/2014 | Autoridad de los Puertos - Cash Disbursement AUTPUE | Operating expense | $ 29,916.67 |
| 16418 | 5/5/2014 | Econocaribe Consolidators Inc. - Cash Disbursement ECONCA | Operating expense | $ 418.30 |
| debit | 5/6/2014 | AMEX | Operating expense | $ 15.00 |
| 16419 | 5/6/2014 | Aerostar Airport Holdings LLC - Cash Disbursement AEROST | Operating expense | $ 2,080.00 |
| 16420 | 5/6/2014 | TigerDirect.pr - Cash Disbursement TIGERD | Operating expense | $ 189.99 |
| 16421 | 5/6/2014 | Autoridad de los Puertos - Cash Disbursement AUTPUE | Operating expense | $ 63,020.19 |
| 16422 | 5/6/2014 | Puerto Rico Tourism Company - Cash Disbursement COMTUR | Operating expense | $ 182.00 |
| 16423 | 5/6/2014 | Kin Cuc Corporation - Cash Disbursement KINCUC | Operating expense | $ 2,528.93 |
| 16424 | 5/6/2014 | IPFS Corporation - Cash Disbursement IPFSCO | Operating expense | $ 3,061.52 |
| 16425 | 5/7/2014 | Expedia Inc. - Cash Disbursement EXPEDI | Operating expense | $ 1,265.00 |
| 16426 | 5/7/2014 | D'Erik Exterminating Service - Cash Disbursement DERICK | Operating expense | $ 450.00 |
| 16427 | 5/7/2014 | Lanco Manufacturing - Cash Disbursement LANCOM | Operating expense | $ 342.00 |
| 16428 | 5/7/2014 | Francisco J. Garrido - Cash Disbursement FRAGAR | Operating expense | $ 2,200.00 |
| debit | 5/8/2014 | NABANCO | Operating expense | $ 141.69 |
| debit | 5/8/2014 | JP CHASE | Personal | $ 5,000.00 |
| 16429 | 5/8/2014 | Cruz Moya Elevator Consultants - Cash Disbursement CRUZM | Operating expense | $ 150.00 |
| 16430 | 5/8/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 2,074.54 |
| 16431 | 5/9/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 151.20 |
| 16432 | 5/9/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 109.06 |
| 16433 | 5/9/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 80.00 |
| 16434 | 5/9/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 40.00 |
| 16435 | 5/9/2014 | Ilia Reyes - Cash Disbursement ILIREY | Operating expense | $ 394.84 |
| 16436 | 5/9/2014 | Yolanda Olivieri - Cash Disbursement YOLAND | Operating expense | $ 394.84 |
| 16437 | 5/9/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 842.34 |
| 16438 | 5/9/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 590.97 |
| 16439 | 5/9/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 6,084.29 |
| 16440 | 5/9/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 85.80 |
| debit | 5/12/2014 | AMEX | Operating expense | $ 6,383.42 |
| 16441 | 5/12/2014 | American Hotel Register Co. - Cash Disbursement AMHOTE | Operating expense | $ 6,314.25 |
| debit | 5/13/2014 | NABANCO | Operating expense | $ 152.59 |
| debit | 5/13/2014 | NABANCO | Operating expense | $ 305.18 |
| debit | 5/14/2014 | FIRST BANK | Operating expense | $ 187.50 |
| 16442 | 5/14/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 288.60 |
| 16443 | 5/14/2014 | Food Design Catering Service - Cash Disbursement FOODDE | Operating expense | $ 125.00 |

**MONTHLY OPERATING REPORT -**  **ATTACHMENT NO. 4**
**POST CONFIRMATION**

| Check # | Date | Payee | Category | Amount |
|---|---|---|---|---|
| 16444 | 5/14/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 304.50 |
| 16445 | 5/14/2014 | Swirl Corp / DBA Goldenwhipp - Cash Disbursement GOLDEN | Operating expense | $ 265.00 |
| 16446 | 5/14/2014 | JMV Rental - Cash Disbursement JMVREN | Operating expense | $ 50.00 |
| 16447 | 5/14/2014 | Anthony Tirri - Cash Disbursement ANTTIR | Personal | $ 1,000.00 |
| 16448 | 5/16/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 66.50 |
| 16449 | 5/16/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 75.60 |
| 16450 | 5/16/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16451 | 5/16/2014 | Triple- S Vida, Inc - Cash Disbursement TRISSS | Operating expense | $ 257.41 |
| debit | 5/19/2014 | FIRST BANK | Operating expense | $ 1.56 |
| debit | 5/19/2014 | FIRST BANK | Operating expense | $ 9.34 |
| debit | 5/19/2014 | FIRST BANK | Operating expense | $ 155.59 |
| debit | 5/19/2014 | AA FEES | Operating expense | $ 164.64 |
| debit | 5/19/2014 | CHASE | Personal | $ 5,000.00 |
| 16452 | 5/19/2014 | J & M Depot, Inc. - Cash Disbursement J&M | Operating expense | $ 411.35 |
| debit | 5/20/2014 | NABANCO | Operating expense | $ 47.80 |
| 16453 | 5/20/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 176.00 |
| 16454 | 5/20/2014 | Antilles Carpet - Cash Disbursement ANCARP | Operating expense | $ 21,011.01 |
| debit | 5/21/2014 | AMEX | Operating expense | $ 125.35 |
| 16455 | 5/21/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 141.69 |
| 16456 | 5/21/2014 | R&R Food Design Inc. - Cash Disbursement R&RFOO | Operating expense | $ 302.50 |
| 16457 | 5/21/2014 | JMV Rental - Cash Disbursement JMVREN | Operating expense | $ 60.00 |
| debit | 5/22/2014 | XEROX | Operating expense | $ 500.85 |
| 16458 | 5/22/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 576.00 |
| 16459 | 5/22/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 420.10 |
| debit | 5/23/2014 | DISCOVER | Operating expense | $ 16.35 |
| 16460 | 5/23/2014 | DirectTek - Cash Disbursement DIRTEK | Operating expense | $ 330.00 |
| 16461 | 5/23/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 23.94 |
| 16462 | 5/23/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 50.40 |
| 16463 | 5/23/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16464 | 5/26/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 64.95 |
| debit | 5/27/2014 | XEROX | Operating expense | $ 107.00 |
| 16465 | 5/27/2014 | AFLAC - Cash Disbursement AFLAC | Operating expense | $ 171.00 |
| 16466 | 5/27/2014 | Tropigas de Puerto Rico, Inc. - Cash Disbursement TROPIG | Operating expense | $ 2,410.89 |
| 16467 | 5/27/2014 | Schindler Elevator Corp. - Cash Disbursement SCHIND | Operating expense | $ 329.49 |
| 16468 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 1,211.00 |
| 16469 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 6,138.95 |
| 16470 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 2,170.56 |
| 16471 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 102.07 |
| 16472 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 417.00 |
| 16473 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 625.65 |
| 16474 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 145.93 |
| 16475 | 5/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 206.60 |
| 16476 | 5/27/2014 | Gasco Industrial - Cash Disbursement GASIND | Operating expense | $ 858.00 |
| 16477 | 5/27/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 1,672.25 |
| debit | 5/28/2014 | FIRST BANK | Operating expense | $ 3.00 |
| debit | 5/28/2014 | AMEX | Operating expense | $ 120.65 |
| 16478 | 5/28/2014 | Quality Water Service - Cash Disbursement QUALWA | Operating expense | $ 40.00 |
| debit | 5/29/2014 | CHASE | Operating expense | $ 622.03 |
| 16479 | 5/29/2014 | Latimer, Biaggi, Rachid - Cash Disbursement LATBAG | Operating expense | $ 1,000.00 |
| 16480 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 515.00 |
| 16481 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 72.66 |
| 16482 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 484.05 |
| 16483 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 2,765.76 |
| 16484 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 20,241.10 |
| 16485 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 485.85 |
| 16489 | 5/29/2014 | Cuadrado Alfombras - Cash Disbursement CUADRA | Operating expense | $ 3,250.00 |
| 16490 | 5/29/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 160.95 |
| 16491 | 5/29/2014 | JC Uniforms - Cash Disbursement JCUNIF | Operating expense | $ 1,506.80 |
| 16492 | 5/30/2014 | Gladys Laboy - Cash Disbursement GLALAB | Operating expense | $ 50.00 |
| 16493 | 5/30/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16494 | 5/30/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 100.80 |
| 16495 | 5/30/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 48.00 |
| debit | 6/2/2014 | FIRST BANK PAYMENT | First Bank Loan Payment | $ 42,621.73 |
| 16496 | 6/2/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 8,250.00 |
| 16497 | 6/2/2014 | Pony Express Financial, LLC - Cash Disbursement PONEXP | Related party loan payment | $ 1,650.00 |
| 16498 | 6/2/2014 | Anthony Tirri - Cash Disbursement ANTTIR | Personal | $ 5,000.00 |
| 16499 | 6/2/2014 | International Air Leases - Cash Disbursement INTAIR | Related party disbursement | $ 11,103.73 |
| 16500 | 6/2/2014 | Barnett - Cash Disbursement BARNET | Operating expense | $ 842.80 |
| debit | 6/3/2014 | AMEX | Operating expense | $ 10,000.00 |
| debit | 6/3/2014 | NABANCO | Operating expense | $ 2,408.02 |
| debit | 6/3/2014 | NABANCO | Operating expense | $ 908.99 |
| debit | 6/3/2014 | NABANCO | Operating expense | $ 250.00 |
| debit | 6/3/2014 | DISCOVER | Operating expense | $ 57.02 |
| debit | 6/3/2014 | NABANCO | Operating expense | $ 42.81 |
| 16501 | 6/4/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 969.43 |
| 16502 | 6/4/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 601.28 |
| 16503 | 6/4/2014 | Xerox Corporation - Cash Disbursement XEROX | Operating expense | $ 46.75 |
| 16504 | 6/4/2014 | Aerostar Airport Holdings LLC - Cash Disbursement AEROST | Operating expense | $ 2,080.00 |
| 16505 | 6/4/2014 | Autoridad de los Puertos - Cash Disbursement AUTPUE | Operating expense | $ 29,916.67 |
| 16506 | 6/5/2014 | SAM'S CLUB - Cash Disbursement SAMS | Operating expense | $ 70.00 |
| 16507 | 6/5/2014 | Yolanda Olivieri - Cash Disbursement YOLAND | Operating expense | $ 199.80 |
| 16508 | 6/5/2014 | Ilia Reyes - Cash Disbursement ILIREY | Operating expense | $ 199.80 |
| 16509 | 6/5/2014 | Kin Cuc Corporation - Cash Disbursement KINCUC | Operating expense | $ 3,629.64 |
| 16510 | 6/5/2014 | SAM'S CLUB - Cash Disbursement SAMS | Operating expense | $ 419.00 |
| 16511 | 6/5/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 333.28 |
| debit | 6/6/2014 | AMEX | Operating expense | $ 15.00 |
| 16512 | 6/6/2014 | Expedia Inc. - Cash Disbursement EXPEDI | Operating expense | $ 1,893.60 |
| 16513 | 6/6/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 3,361.64 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

| | | | | |
|---|---|---|---|---|
| 16514 | 6/6/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 50.40 |
| 16515 | 6/6/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16516 | 6/6/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 117.04 |
| 16517 | 6/6/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 64.00 |
| 16518 | 6/9/2014 | ACE Laundry & Equipment - Cash Disbursement ACELAU | Operating expense | $ 235.00 |
| 16519 | 6/9/2014 | IPFS Corporation - Cash Disbursement IPFSCO | Operating expense | $ 3,061.52 |
| debit | 6/10/2014 | AMEX | Operating expense | $ 6,810.49 |
| debit | 6/10/2014 | NABANCO | Operating expense | $ 150.67 |
| debit | 6/10/2014 | XEROX | Operating expense | $ 150.27 |
| 16520 | 6/10/2014 | Willkie Trias Fraticelli - Cash Disbursement WILTRI | Operating expense | $ 1,334.00 |
| 16521 | 6/10/2014 | Tropigas de Puerto Rico, Inc. - Cash Disbursement TROPIG | Operating expense | $ 2,073.29 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**  ATTACHMENT NO. 4

| Check # | Date | Payee | Category | Amount |
|---|---|---|---|---|
| 16522 | 6/10/2014 | D'Erik Exterminating Service - Cash Disbursement DERICK | Operating expense | $ 450.00 |
| 16523 | 6/10/2014 | Francisco J. Garrido - Cash Disbursement FRAGAR | Operating expense | $ 2,200.00 |
| 16524 | 6/10/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 1,646.50 |
| debit | 6/11/2014 | AMEX | Operating expense | $ 152.59 |
| 16525 | 6/11/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 276.00 |
| 16526 | 6/11/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 290.80 |
| 16527 | 6/12/2014 | Cruz Moya Elevator Consultants - Cash Disbursement CRUZM | Operating expense | $ 150.00 |
| debit | 6/13/2014 | AMEX | Operating expense | $ 4.70 |
| 16528 | 6/13/2014 | Lies Laidi - Cash Disbursement LIESLA | Operating expense | $ 10.57 |
| 16529 | 6/13/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 32.00 |
| 16530 | 6/13/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 50.40 |
| 16531 | 6/13/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16532 | 6/13/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 71.82 |
| 16533 | 6/13/2014 | Fernando Flores - Cash Disbursement FERNAN | Operating expense | $ 21.40 |
| 16534 | 6/13/2014 | Yolanda Olivieri - Cash Disbursement YOLAND | Operating expense | $ 31.54 |
| 16535 | 6/13/2014 | A&D Office Supplies Inc. - Cash Disbursement A&DOFF | Operating expense | $ 160.20 |
| 16536 | 6/13/2014 | J & M Depot, Inc. - Cash Disbursement J&M | Operating expense | $ 377.56 |
| debit | 6/16/2014 | NABANCO | Operating expense | $ 201.64 |
| debit | 6/16/2014 | NABANCO | Operating expense | $ 201.64 |
| debit | 6/16/2014 | NABANCO | Operating expense | $ 114.46 |
| 16537 | 6/16/2014 | Expedia Inc. - Cash Disbursement EXPEDI | Operating expense | $ 1,265.00 |
| 16538 | 6/17/2014 | Triple-S Vida, Inc - Cash Disbursement TRISSS | Operating expense | $ 257.41 |
| 16539 | 6/17/2014 | Schindler Elevator Corp. - Cash Disbursement SCHIND | Operating expense | $ 329.49 |
| 16540 | 6/17/2014 | AFLAC - Cash Disbursement AFLAC | Operating expense | $ 171.00 |
| 16541 | 6/17/2014 | Image Technology Systems - Cash Disbursement IMAGE | Operating expense | $ 750.00 |
| 16542 | 6/17/2014 | R.S. & Assoc. - PSC - Cash Disbursement RS&ASS | Operating expense | $ 625.00 |
| 16543 | 6/17/2014 | Power Engineering Inc. - Cash Disbursement POWENG | Operating expense | $ 940.00 |
| debit | 6/18/2014 | NABANCO | Operating expense | $ 47.80 |
| 16544 | 6/18/2014 | DK Philips,Attorneys & Counsel - Cash Disbursement DKPHIL | Operating expense | $ 4,192.50 |
| 16545 | 6/18/2014 | Integrand Insurance Company - Cash Disbursement INTINS | Operating expense | $ 8,199.80 |
| 16546 | 6/18/2014 | PR COFFEE ROASTER, LLC - Cash Disbursement CAFRIC | Operating expense | $ 1,023.95 |
| 16547 | 6/18/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 404.90 |
| 16548 | 6/18/2014 | Gasco Industrial - Cash Disbursement GASIND | Operating expense | $ 693.00 |
| 16549 | 6/18/2014 | Caribbean Hotel Supplies, Inc. - Cash Disbursement CARHOT | Operating expense | $ 416.00 |
| 16550 | 6/18/2014 | Quality Water Service - Cash Disbursement QUALWA | Operating expense | $ 40.00 |
| debit | 6/20/2014 | AMEX | Operating expense | $ 5.31 |
| debit | 6/20/2014 | NABANCO | Operating expense | $ 138.66 |
| 16551 | 6/20/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16552 | 6/20/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 109.06 |
| 16553 | 6/20/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 176.40 |
| 16554 | 6/20/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 120.00 |
| debit | 6/23/2014 | CHASE | Personal | $ 5,000.00 |
| debit | 6/23/2014 | XEROX | Operating expense | $ 458.84 |
| debit | 6/23/2014 | NABANCO | Operating expense | $ 50.00 |
| 16555 | 6/23/2014 | Addy Ramos - Cash Disbursement ADDYRA | Operating expense | $ 325.00 |
| 16556 | 6/23/2014 | Cash / Petty Cash - Cash Disbursement PETTY | Operating expense | $ 354.50 |
| 16557 | 6/23/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 1,672.25 |
| 16558 | 6/23/2014 | PRTC - Cash Disbursement PRTC | Operating expense | $ 590.09 |
| 16559 | 6/24/2014 | Ballester Hermanos, Inc. - Cash Disbursement BALHER | Operating expense | $ 598.37 |
| 16560 | 6/24/2014 | Booking.com B.V - Cash Disbursement BOOKIN | Operating expense | $ 21.00 |
| debit | 6/25/2014 | AA FEES | Operating expense | $ 163.91 |
| debit | 6/25/2014 | AA FEES | Operating expense | $ 146.20 |
| debit | 6/25/2014 | NABANCO | Operating expense | $ 201.64 |
| debit | 6/25/2014 | NABANCO | Operating expense | $ 164.58 |
| debit | 6/25/2014 | FIRST BANK | Operating expense | $ 8.77 |
| debit | 6/25/2014 | FIRST BANK | Operating expense | $ 1.46 |
| debit | 6/26/2014 | AMEX | Operating expense | $ 0.01 |
| 16561 | 6/26/2014 | Mr.Ink of Puerto Rico - Cash Disbursement MR.INK | Operating expense | $ 139.80 |
| 16562 | 6/26/2014 | DirectTek - Cash Disbursement DIRTEK | Operating expense | $ 330.00 |
| 16563 | 6/26/2014 | Secretario de Hacienda - Cash Disbursement SECHAC | Operating expense | $ 70.28 |
| 16565 | 6/26/2014 | M&N Electronics - Cash Disbursement M&NELE | Operating expense | $ 195.00 |
| debit | 6/27/2014 | NABANCO | Operating expense | $ 163.49 |
| 16566 | 6/27/2014 | Montequin Dist., Inc. - Cash Disbursement MONTQU | Operating expense | $ 67.00 |
| 16567 | 6/27/2014 | Packers Food Service - Cash Disbursement PACKER | Operating expense | $ 204.02 |
| 16568 | 6/27/2014 | Suiza Dairy Corp. - Cash Disbursement SUIZAD | Operating expense | $ 50.40 |
| 16569 | 6/27/2014 | Holsum de Puerto Rico - Cash Disbursement HOLSU | Operating expense | $ 50.54 |
| 16570 | 6/27/2014 | Hector González - Cash Disbursement HECTGO | Operating expense | $ 48.00 |
| 16571 | 6/27/2014 | Francisco Gandarilla - Cash Disbursement FRANGA | Operating expense | $ 40.00 |
| 16572 | 6/27/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 5,141.13 |
| debit | 6/30/2014 | JP MORGAN CHASE | Personal | $ 5,000.00 |
| debit | 6/30/2014 | NABANCO | Operating expense | $ 152.59 |
| 16573 | 6/30/2014 | American Express - Cash Disbursement AMEX | Operating expense | $ 2,642.66 |
| | | | TOTAL | $708,127.02 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | First Bank |
|---|---|
| Account Number | 1305004591 |
| Purpose of Account (Operating/Payroll/Personal) | Payroll |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | See payroll check history report- April 1 2014- June 30, 2014 | | $196,659.67 |
| debit | () 04/02/14 | ASUME | | $100.00 |
| debit | () 04/17/14 | ASUME | | $100.00 |
| debit | () 05/02/14 | ASUME | | $311.25 |
| debit | () 05/19/14 | ASUME | | $311.25 |
| debit | () 06/04/14 | ASUME | | $311.25 |
| debit | () 06/16/14 | ASUME | | $311.25 |
| debit | () 06/18/14 | ASUME | | $311.25 |
| debit | () 06/30/14 | ASUME | | $311.25 |
| | | | TOTAL | $198,727.17 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT -  
POST CONFIRMATION**  **ATTACHMENT NO. 4**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | First Bank |
|---|---|
| Account Number | 1305004613 |
| Purpose of Account (Operating/Payroll/Personal) | Taxes |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 179 | () 04/02/14 | Gobierno Municipal Autonomo - Cash Disbursement GOBMUN | Other taxes | $ 48.05 |
| debit | () 04/04/14 | HACIENDA | State taxes | $ 288.00 |
| debit | () 04/04/14 | PR TOURISM | State taxes | $ 35,097.00 |
| debit | () 04/16/14 | HACIENDA | State taxes | $ 2,589.99 |
| debit | () 04/16/14 | IRS | Federal taxes- FICA | $ 5,505.87 |
| 177 | () 04/22/14 | Secretario de Hacienda - Cash Disbursement SECHAC | Other taxes | $ 9.60 |
| 178 | () 04/22/14 | Secretario de Hacienda - Cash Disbursement SECHAC | Other taxes | $ 8,997.31 |
| 180 | () 04/22/14 | Integrand Asurance Company - Cash Disbursement INTEG | Other taxes | $ 830.59 |
| debit | () 04/25/14 | IRS | Federal taxes- FICA | $ 1,683.63 |
| debit | () 05/01/14 | IRS | Federal taxes- FICA | $ 318.78 |
| debit | () 05/01/14 | HACIENDA | State taxes | $ 341.53 |
| debit | () 05/01/14 | HACIENDA | State taxes | $ 2,573.39 |
| debit | () 05/01/14 | IRS | Federal taxes- FICA | $ 4,908.08 |
| debit | () 05/05/14 | IRS | Federal taxes- FICA | $ 71.14 |
| 181 | () 05/06/14 | Gobierno Municipal Autonomo - Cash Disbursement GOBMUN | Other taxes | $ 51.55 |
| debit | () 05/08/14 | HACIENDA | State taxes | $ 309.00 |
| debit | () 05/08/14 | TOURISM | State taxes | $ 27,496.00 |
| debit | () 05/09/14 | CRIM | Other taxes | $ 2,992.09 |
| debit | () 05/16/14 | HACIENDA | State taxes | $ 2,627.67 |
| debit | () 05/16/14 | IRS | Federal taxes- FICA | $ 5,370.40 |
| debit | () 06/02/14 | HACIENDA | State taxes | $ 12,348.69 |
| debit | () 06/02/14 | IRS | Federal taxes- FICA | $ 6,089.28 |
| debit | () 06/02/14 | HACIENDA | State taxes | $ 5,429.52 |
| debit | () 06/02/14 | IRS | Federal taxes- FICA | $ 4,854.49 |
| debit | () 06/02/14 | IRS | Federal taxes- FICA | $ 47.44 |
| 183 | () 06/05/14 | Gobierno Municipal Autonomo - Cash Disbursement GOBMUN | Other taxes | $ 27.53 |
| debit | () 06/06/14 | TOURISM | State taxes | $ 19,903.00 |
| debit | () 06/06/14 | HACIENDA | State taxes | $ 165.00 |
| debit | () 06/16/14 | IRS | Federal taxes- FICA | $ 4,613.14 |
| debit | () 06/16/14 | HACIENDA | State taxes | $ 2,671.19 |
| | | | TOTAL | $158,258.95 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.