**IN THE UNITED STATES BANKRUPTCY COURT**

**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**HOTEL AIRPORT INC**<br><br>**66–0622240**<br><br>Debtor(s) | Case No. **11–06620 ESL**<br><br>Chapter **11**<br><br>FILED & ENTERED ON 1/14/15 |

*ORDER*

The motion filed by debtor in possession requesting that case be closed. (docket #342) is hereby granted .

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, January 14, 2015 .

Enrique S. Lamoutte
United States Bankruptcy Judge